**Sheila BILYEU, Plaintiff–Appellant,**

v.

**The DAVID LETTERMAN SHOW; CBS, Defendants–Appellees.**

**No. 11–1035.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2011.

Decided: March 3, 2011.

Sheila Bilyeu, Appellant Pro Se.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Bilyeu appeals the district court's order dismissing her civil complaint for failure to serve the summons and complaint upon Defendants in accordance with Fed.R.Civ.P. 4(m), and a subsequent order denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, while we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court.* *Bilyeu v. The David Letterman Show,* No. 2:09–cv–00609–RAJ–TEM (E.D. Va. filed

---

* To the extent that the district court's order is unclear, we note that the dismissal was without prejudice. *See Mendez v. Elliot,* 45 F.3d 75, 78 (4th Cir.1995) (a dismissal for failure to serve a defendant within 120 days after an action is filed should be "without prejudice").

